# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENICAN TERREBONNE PROPERTY,
LLC

VERSUS

TENNESSEE GAS PIPELINE
COMPANY, LLC, ET AL.

NO.   2022 CW 0911

OCTOBER 26, 2022

---

In Re:   Henican Terrebonne Property, LLC, applying for
supervisory writs, 32nd Judicial District Court,
Parish of Terrebonne, No. 190495.

---

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

JMM
PMc

**Holdridge, J.,** dissents and would grant the writ.   I find that cumulation of plaintiff's, Henican Terrebonne Property, LLC's causes of action against defendants, Tennessee Gas Pipeline Company, L.L.C. ("TGP") and Gulf South Pipeline Company, LLC, ("Gulf South"), was proper because plaintiff's causes of action against TGP and Gulf South present some of the same factual and legal issues; therefore, a community of interest exists between TGP and Gulf South.   See La. Code Civ. P. art. 463(1); **First Guar. Bank v. Carter,** 563 So.2d 1240, 1242 (La. App. 1st Cir. 1990).   Accordingly, I would reverse the portion of the trial court's judgment granting TGP's and Gulf South's exceptions raising the objection of improper cumulation and deny the exceptions.   I would vacate the portion of the trial court's judgment granting the severance of plaintiff's claims against TGP and Gulf South and remand this matter to the trial court to decide the issue of separate trials in accordance with Louisiana Code of Civil Procedure article 465.

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

_____
DEPUTY CLERK OF COURT
FOR THE COURT